IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEWIS BROTHERS BAKERIES, INC., | ) |
| Plaintiff and Counter-Defendant, | ) |
| v. | ) |
| RICHARD W. BITTLE and PAMELA K. BITTLE, | ) Case No. 4:06-cv-4047 DRH |
| Defendants, Counter-Plaintiffs, and Third-Party Plaintiffs, | ) |
| v. | ) |
| OLD NATIONAL BANK, | ) |
| Third-Party Defendant and Counter-Defendant. | ) |

## ORDER

This matter is **SET** for a Settlement Conference before the undersigned on June 26, 2008, at 2:00 p.m. in the East St. Louis Federal Courthouse.

**IT IS HEREBY ORDERED** that Defendants Richard W. Bittle and Pamela K. Bittle shall both appear in person; counsel for Lewis Brothers Bakeries and Old National Bank shall also appear in person.

**IT IS SO ORDERED.**

**DATED: June 11, 2008**

                                                                          s/ *Donald G. Wilkerson*
                                                                          **DONALD G. WILKERSON**
                                                                          **United States Magistrate Judge**