# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LEWIS BROTHERS BAKERIES, INC.,**

    **Plaintiff/Counter-Defendant,**

**v.**

**RICHARD W. BITTLE and PAMELA K. BITTLE,**

    **Defendants/Counter-Plaintiffs/Third-Party Plaintiffs,**

**v.**

**OLD NATIONAL BANK,**

    **Third-Party Defendant/Counter-Defendant.**

                                                 **Case No. 06-cv-4047-DRH**

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is the Parties' Stipulation of Dismissal (Doc. 140), made pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**, stating that all claims, counterclaims and third-party claims are dismissed with prejudice, each party to bear their own costs and attorneys' fees. Accordingly, the Court hereby **ACKNOWLEDGES** this Stipulation (Doc. 140) that this matter is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

    **IT IS SO ORDERED.**

    Signed this 26th day of June, 2008.

                                               /s/     *David R Herndon*
                                               **Chief Judge**
                                               **United States District Court**